UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                          Civil Action No.:
                                           Hon:

vs.

MELISSA LEBOWITZ,

    Defendant.
_____/

GOODMAN FROST, PLLC
Robert J. Goodman (P55670)
Attorneys for the United States of America
20300 West 12 Mile Road, Suite 201
Southfield, MI 48076
248/750-0500
_____/

## COMPLAINT

The United States of America, Plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Oakland County, Michigan within the jurisdiction of this Court and may be served with service of process at 36421 Quakertown Lane, Farmington, MI, 48331-3885.

### The Debt

3. The debt owed to the United States of America is as follows:

| | |
|---|---|
| A. Current principal balance: | $2,674.90 |
| B. Current capitalized interest balance and accrued interest: | $352.46 |
| C. Administrative Fee, Costs, Penalties: | $0.00 |
| D. Credits previously applied (Debtor payments, credits and offsets, Exhibit B): | $ |
| **Total Owed** | **$3,027.36** |

The Certificate of Indebtedness, attached as Exhibit B, shows the total owed excluding attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.13% per annum from the date stated in Exhibit B. The promissory notes which are at issue are attached as Exhibit A, hereto.

### **Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A. For the sums set forth in Paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest at the legal rate, pursuant to 28 U.S.C. § 1961.

B. For attorneys' fees and costs allowed by law or contract; and

C. For such other relief which the Court deems proper.

                                Respectfully submitted,

                                GOODMAN FROST, PLLC

                    By: /s/ Robert J. Goodman
                         Robert J. Goodman Bar No. (P55670)
                         20300 W 12 Mile Road, Suite 201
                         Southfield, MI 48076
                         Telephone No. 248-750-0500
                         Fax No. 248/750-0508
                         rgoodman@goodmanfrost.com

January 22, 2015

CDCS #: 2015A12507

## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS # 1 OF 1

MELISSA LEBOWITZ
36421 QUAKERTOWN LANE
FARMINGTON HILLS, MI 48331-3885
Account No. XXX-XX-4355

I certify that U.S.Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/13/14.

On or about 11/18/96 & 01/07/98 the borrower executed promissory note(s) to secure loan(s) of $5,515.00 & $3,500.00 from the U.S Department of Education. This loan was disbursed for $2,130.00 on 11/27/96 through 03/08/97 & $3,500.00 on 01/09/98 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 06/04/09. Pursuant to 34 C.F.R. 685.202(b), a total of $501.57 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $4,976.00 from all sources, including Treasury Department offsets, if any, to the balance. After the application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,674.90 |
| Interest: | $352.46 |
| Total debt as of 11/13/14: | $3,027.36 |

Interest accrues on the principal shown here at the current rate of 3.13% and a daily rate of $0.23 through June 30, 2015, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 11/21/14

Loan Analyst
Litigation Support Unit

EXHIBIT B

3

# William D. Ford Federal Direct Loan Program
## U.S. Department of Education

**Direct Loans**

IMAGE-RECORDS

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

SERVICER'S COPY

72

OMB No. 1840-0687
Form Approved
Exp. Date 12/31/96

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

### Section A: To Be Completed by the Borrower

1. **Name (last, first, middle initial) and Address (street, city, state, zip code)**
   LEBOWITZ, MELISSA
   7533 DANBURY DR
   WEST BLOOMFIELD, MI 48322

   *WAYNE STATE UNIVERSITY*
   *NOV 26 1996*
   *SCHOLARSHIPS & FINANCIAL AID*

2. **Social Security Number** —4355
3. **Date of Birth**
4. **Area Code/Telephone Number** (810) 855-1188
5. **Driver's License Number** 2175

6. **References:** You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or guardian.

| | 1. | 2. |
|---|---|---|
| Name | Linda Lebowitz | Joel Peterman |
| Permanent Address | 7533 Danbury Dr. | 4565 Cutler Rd. |
| City, State, Zip Code | West Bloomfield, MI 48322 | DeWitt, MI 48820 |
| Area Code/Telephone Number | (810) 932-5290 | (516) 669-1288 |

7. **School Name:** WAYNE STATE UNIVERSITY
8. **Loan Period Approved** From: 08/27/96  To: 05/02/97
9. **School Address:** OSFA-HNJ 3-WEST  DETROIT  MI  48202
   **School Code/Branch:** G02329

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|
| **Direct Subsidized Loan** | 1ST 09/01/96 | $2,758.00 | 4.00 | $110.00 | $2,648.00 | VAR. |
| | 2ND 01/01/97 | $2,757.00 | 4.00 | $110.00 | $2,647.00 | |
| | 3RD | $0.00 | 4.00 | $0.00 | $0.00 | |
| | 4TH  Total | $0.00 | 4.00 | $0.00 | $0.00 | |
| **Direct Unsubsidized Loan** | | | | | | |

I promise to pay the U.S. Department of Education... [text largely redacted/illegible]

11. **Loan Identification Number(s):** 355-S-97-G02329-7-01 01

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

12. Signature of Borrower: *Melissa Lebowitz*   Date: 11/18/96

ORIGINAL at DLSC

EXHIBIT A

# Direct Loans

**William D. Ford Federal Direct Loan Program**
U.S. Department of Education

OMB No. 1840-0667
Form Approved
Exp. Date 12/31/99

WAYNE STATE UNIVERSITY
JAN 07 1998
SCHOLARSHIPS & FINANCIAL AID

SERVICER'S COPY

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

## Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
   LEBOWITZ, MELISSA
   7533 DANBURY DR
   WEST BLOOMFIELD, MI 483220000

2. Social Security Number: -4355

3. Date of Birth: /72

4. Area Code/Telephone Number: (248) 932-5290

5. Driver's License Number: ...2475

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Linda Lebowitz | Terri Stearn |
| Permanent Address | 7533 Danbury Dr. | 15690 Kirkshire |
| City, State, Zip Code | West Bloomfield, MI 48322 | Beverly Hills, MI |
| Area Code/Telephone Number | (248) 932-5290 | (248) 647-2933 |

## Section B: To Be Completed By The School

7. School Name: WAYNE STATE UNIVERSITY

8. Loan Period Approved: From 08/24/97 To 05/05/98

9. School Address (street, city, state, zip code): OSFA HNJ 3-WEST DETROIT MI 48202

10. School Code/Branch: G02329

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary. The interest rate for this note is variable.

**Direct Subsidized Loan**

| | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | |
|---|---|---|---|---|---|---|
| 1ST | 09/01/97 | $1,750.00 | 4.00 | $70.00 | $1,680.00 | VAR. |
| 2ND | 01/01/98 | $1,750.00 | 4.00 | $70.00 | $1,680.00 | |
| 3RD | | $0.00 | 4.00 | $0.00 | $0.00 | |
| 4TH | | $0.00 | 4.00 | $0.00 | $0.00 | |
| Total | | $3,500.00 | | $140.00 | $3,360.00 | |

**Direct Unsubsidized Loan** (blank)

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a Statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or Direct Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

11. Identification Number(s): DLSG 11/19/97
    1355 S 98 G02329 801-01

I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

12. Signature of Borrower: *Melissa Lebowitz*  Date: 1-7-98