UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

                        Case No.: 2:15-CV-10261
                        Hon: John Corbett O'Meara

MELISSA LEBOWITZ,

    Defendant.
_____/

## STIPULATION DISMISSING CASE

**THIS MATTER HAVING COME** before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in this matter, and an Order being filed with the Court:

**IT IS HEREBY STIPULATED** that the case is dismissed with prejudice and without costs to either party.

Stipulated as to form and content:

_____
GOODMAN FROST, PLLC
Robert J. Goodman (P55670)
Timothy J. Frost (P40616)
Attorneys for Plaintiff

_____
MELISSA LEBOWITZ
In Pro Per Defendant

1