UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

Case No.: 5:15-CV-10261
Hon. John Corbett O'Meara

-v-

MELISSA LEBOWITZ,

       Defendant,
.
_____/

## ORDER DISMISSING CASE

Pursuant to the stipulation filed by the parties on February 3, 2015, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the matter is dismissed with prejudice and without costs to either party.

Date: February 3, 2015                            s/John Corbett O'Meara
                                                                      United States District Judge